# CARDILLO & CORBETT

ROBERT V. CORBETT  
CHRISTOPHIL B. COSTAS  
TULIO R. PRIETO  
JAMES P. RAU

29 BROADWAY  
NEW YORK, NY 10006  
(212) 344-0464  

FAX: (212) 797-1212/509-0961  
E-MAIL: CC@CARDILLOCORBETT.COM

FRANCIS H. McNAMARA  
COUNSEL

JOSEPH CARDILLO, JR.  
(1913-1980)

**BY HAND**　　　　　　　October 13, 2009

Hon. Victor Marrero  
United States District Courthouse  
500 Pearl Street  
New York, New York 10007

> USDS SDNY  
> DOCUMENT  
> ELECTRONICALLY FILED  
> DOC #: _____  
> DATE FILED: 10-14-09

Re: Swiber Offshore Construction Pte. Ltd.  
　　v. Likpin International Ltd.  
　　09 Civ. 7795 (VM)  
　　Our File: E-482-25

Dear Judge Marrero:

　　We represent the plaintiff Swiber Offshore Construction Pte. Ltd.

　　On Thursday, October 8, 2009 $501,725 of funds belonging to defendant Likpin International Ltd. were stopped at Citibank N.A. pursuant to the Court's attachment order of September 14, 2009.

　　The notice required under Rule B.2 of the Court's Local Admiralty and Maritime Rules has been sent to the defendant.

　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　Cardillo & Corbett

　　　　　　　　　　　　　　By: _____  
　　　　　　　　　　　　　　　　Francis H. McNamara

SO ORDERED: The Clerk of Court is directed to unseal the record of this case and enter this letter in the public file.  
10-14-09　　　　　　　　　　　　  
DATE　　VICTOR MARRERO, U.S.D.J.